UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-130-E

No. <u>25-2124</u>

SOLAR ENERGY INDUSTRIES ASSOCIATION;
INVENERGY RENEWABLES LLC,
                                        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

(Agency No. ER25-712-000)

Present:  MATEY, <u>Circuit Judge</u>

1.  Motion by Petitioners' to Expedite Appeal with Proposed Briefing Schedule:
    . Petitioners' Opening Brief: August 22, 2025
    . Respondent's Response Brief: September 22, 2025
    . Petitioners' Reply Brief: October 6, 2025
    . Petitioners also respectfully request that this Court schedule oral argument as soon as practicable after service of the reply brief.

2.  Motion by Respondent for Extension of Time to File Record & Opposition to Petitioners' Motion for Expedited Review;

3.  Reply by Petitioners' In Support of Motion Expedite and Response to Motion for Extension of Time to File Record.

4.  Reply by Respondent in Support of Extension of Time to File Record.

Respectfully,
Clerk/pdb

ORDER

Petitioners' motion to expedite the appeal is **DENIED**. Respondent's motion for an extension of time to file the agency record is **DENIED**.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: July 24, 2025
PDB/cc: All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk